**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE:<br>HILDA L. ACEVEDO TACORONTE<br><br> Debtor<br>_____<br><br>HILDA L. ACEVEDO TACORONTE<br><br> Plaintiff,<br><br>    vs.<br><br>DORAL BANK,<br><br>Defendant. | CASE NO. 04-05068-**GAC**<br><br>CHAPTER 13<br><br>**ADV. PROC. NO. 05-0148**<br><br>WILLFUL VIOLATION OF<br>AUTOMATIC STAY |

**MOTION FOR SIMULTANEOUS WITHDRAWAL OF LEGAL REPRESENTATION AND ASSUMPTION OF LEGAL REPRESENTION**

**TO THE HONORABLE COURT:**

    **COMES NOW** Defendant, Doral Bank ("Doral"), through their respective undersigned counsel, and respectfully state and pray:

    1.    Carlos Alsina Batista appears as attorney of record for Doral.

    2.    However, Atty. Alsina Batista no longer works at Pietrantoni Méndez & Alvarez LLP and for this reason seeks that he be allowed to withdraw as Doral's legal representative in the case of caption.

    3.    Atty. Giselle López Soler from Pietrantoni Méndez & Alvarez LLP appears herein in representation of Doral in the case of caption.

    **WHEREFORE**, Doral hereby requests that this Honorable Court accept Atty. Carlos Alsina Batista's withdrawal as legal representative of

Doral and allow Atty. Giselle López Soler from Pietrantoni Méndez & Alvarez LLP to appear as Doral's legal representative.

**RESPECTFULLY SUBMITTED**.

**I HEREBY CERTIFY** that today we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which, on information and belief, shall automatically notify Plaintiff's attorney, **Juan M. Suárez-Cobo, Esq.**

In San Juan, Puerto Rico, on this 14th day of March, 2008.

| **/s Carlos Alsina Batista**<br>Carlos Alsina Batista<br>USDC No. 222801<br>calsina@sarlwaw.com | **/s Giselle López Soler**<br>Giselle López Soler<br>USDC No. 224010<br>glopez@pmalaw.com<br><br>**PIETRANTONI, MENDEZ & ALVAREZ LLP**<br>Popular Center, 19th Floor<br>209 Muñoz Rivera Avenue<br>San Juan, Puerto Rico  00918<br>Tel. (787) 274-1212<br>Fax. (787) 274-1470 |