IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>HILDA L. ACEVEDO TACORONTE<br><br>Debtor | CASE NO. 04-05068-**GAC** |
| HILDA L. ACEVEDO TACORONTE<br><br>Plaintiff,<br><br>vs.<br><br>DORAL BANK,<br><br>Defendant. | CHAPTER 13<br><br>**ADV. PROC. NO. 05-0148**<br><br>WILLFUL VIOLATION OF<br>AUTOMATIC STAY |

**JOINT NOTICE OF DISMISSAL PURSUANT TO FED.R.BANKR.P. 7041**

**TO THE HONORABLE COURT:**

**COME NOW** Plaintiff, Hilda L. Acevedo Tacoronte and Defendant, Doral Bank ("Doral"), through their respective undersigned counsel, and respectfully state and pray:

1. The parties in this case recently reached a final agreement on settlement of this suit.

2. As part of the agreement, parties have stipulated to jointly and voluntarily dismiss all pending claims and actions in this case, with prejudice. See Fed.R.Civ.P. 41(a)(1)(ii), made applicable by Fed.R.Bank.P. 7041. Per the agreement, each party shall bear its own costs, expenses and attorney's fees.

3. The parties advise the Court that dismissal of this suit will dispose of all pending motions, orders and proceedings.



**WHEREFORE**, the parties hereby request this Honorable Court to accept the instant joint stipulation of dismissal of this case, <u>with prejudice</u>, as it has been signed by all parties who have appeared in the action, and enter order and judgment confirming the same.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that today we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which, on information and belief, shall automatically notify all CM/ECF participating parties.

In San Juan, Puerto Rico, on this 17th day of March, 2008.

| Attorney for Plaintiff | Attorneys for Defendant |
|---|---|
| **S/JUAN M. SUÁREZ COBO**<br>Juan M. Suárez Cobo<br>USDCPR 211010<br>suarezcobo@legalpartnerspr.com<br><br>**LEGAL PARTNERS, PSC**<br>Box 316, Señorial Station<br>San Juan, P.R. 00926-6023<br>TEL: (787) 791-1818<br>FAX: (787) 791-4260 | **s/ Néstor Méndez-Gómez**<br>Néstor Méndez-Gómez<br>USDC No. 118409<br>nmendez@pmalaw.com<br><br>**/s Giselle López Soler**<br>Giselle López Soler<br>USDC No. 224010<br>glopez@pmalaw.com<br><br>**PIETRANTONI, MENDEZ & ALVAREZ LLP**<br>Popular Center, 19th Floor<br>209 Muñoz Rivera Avenue<br>San Juan, Puerto Rico 00918<br>Tel. (787) 274-1212<br>Fax. (787) 274-1470 |