IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

HILDA LUCILA ACEVEDO TACORONTE

    Debtor(s)

CASE NO. 04-05068 GAC

Chapter 13

HILDA LUCILA ACEVEDO TACORONTE

    Plaintiff

vs.

DORAL BANK

    Defendant

ADV. NO. 05-00148

FILED & ENTERED

APR 24 2008

U.S. BANKRUPTCY COURT
SAN JUAN, PUERTO RICO

## JUDGMENT

Upon the order entered by the Honorable Gerardo A. Carlo on April 7, 2008, (docket #98), it is now

ADJUDGED and DECREED that judgment be and it is hereby entered closing this adversary proceeding.

IT IS SO ORDERED.

San Juan, Puerto Rico this 23rd day of April, 2008.

CELESTINO MATTA-MENDEZ, ESQ
Clerk of the Court